### 20805. BOROUGH OF ATLANTA *v.* REYNOLDS.

LUKE, J. This case is controlled by the decision in *Borough of Atlanta* v. *Reynolds,* No. 20804, ante, 516.

*Judgment affirmed. Broyles, C. J., concurs, Bloodworth, J., absent on account of illness.*